ala vs S (USC 1336)(Petition pending Hearing)

Pursuant to Title 28 USC 1915A, (Informa Pauperis) Application.

06-12

## All Transactions

| | | | | PRINT |
|---|---|---|---|---|

| Inmate Reg #: | 82074054 | Current Institution: | Philadelphia FDC |
|---|---|---|---|
| Inmate Name: | AWALA, GBEKE | Housing Unit: | 6 SOUTH |
| Report Date: | 12/07/2005 | Living Quarters: | F03-617U |
| Report Time: | 9:01:13 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/5/2005 9:09:42 AM | PHL0669 | Debt Encumbrance | ($8.00) | FPHLD855 - 321 | | |
| 12/5/2005 9:09:20 AM | PHL0669 | Photo Copies | $5.80 | JV0014-V | | $16.50 |
| 12/5/2005 9:09:15 AM | PHL0669 | Photo Copies | ($5.80) | JV0014 | | $10.70 |
| 12/5/2005 9:08:51 AM | PHL0669 | Photo Copies | $1.60 | JV0014-V | | $16.50 |
| 12/5/2005 8:53:36 AM | PHL0669 | Photo Copies | ($1.60) | JV0014 | | $14.90 |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD712 - 280 | | |
| 12/1/2005 2:07:57 AM | AMSERVICE | Debt Encumbrance - Released | $4.00 | 6PHLD711 - 279 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($2.20) | 6PHLD725 | | $16.50 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($3.30) | 6PHLD724 | | $18.70 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Photo Copies | ($4.40) | 6PHLD691 | | $22.00 |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $2.20 | 6PHLD725 - 283 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.30 | 6PHLD724 - 282 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $3.00 | 6PHLD691 - 281 | | |
| 11/22/2005 2:07:18 AM | AMSERVICE | Debt Encumbrance - Released | $1.40 | 6PHLD691 - 66 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.50) | 6PHLD757 - 284 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($2.20) | 6PHLD725 - 283 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.30) | 6PHLD724 - 282 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($3.00) | 6PHLD691 - 281 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD712 - 280 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Debt Encumbrance | ($4.00) | 6PHLD711 - 279 | | |
| 11/21/2005 5:40:25 AM | AMSERVICE | Lockbox - CD | $20.00 | 70145703 | | $26.40 |
| 11/7/2005 10:55:34 AM | PHL0669 | Debt Encumbrance | ($5.00) | FPHLD807 - 176 | | |
| 11/2/2005 8:49:32 AM | PHL0669 | Photo Copies | ($5.00) | JV0008 | | $6.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | PLRA Payment | $0.00 | 6PHLD711 | D119 | $11.40 |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD712 - 57 | | |
| 11/1/2005 2:07:53 AM | AMSERVICE | Debt Encumbrance - Released | $5.00 | 6PHLD711 - 56 | | |
| 10/25/2005 9:37:54 AM | PHL9059 | Sales | $0.00 | 40 | | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.20) | 6PHLD685 | | $11.40 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.30) | 5PHLD674 | | $12.60 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD666 | | $12.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($0.60) | 5PHLD661 | | $14.90 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($1.00) | 5PHLD646 | | $15.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.50) | 5PHLD542 | | $16.50 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($3.00) | 5PHLD532 | | $20.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Photo Copies | ($2.00) | 5PHLD497 | | $23.00 |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.20 | 6PHLD685 - 65 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.30 | 5PHLD674 - 64 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $2.00 | 5PHLD666 - 63 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $0.60 | 5PHLD661 - 62 | | |
| 10/16/2005 2:07:09 AM | AMSERVICE | Debt Encumbrance - Released | $1.00 | 5PHLD646 - 61 | | |
| | | Debt Encumbrance | | 5PHLD542 | | |

FILED JAN 4 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## II. MOTION IN FORMA PAUPERIS.

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 10[?] 34, §§ 801-810, 110 Stat. 1321-66 to 1321-77 (April 26, 1996) requires a district Court to review a Complain[t] in a Civil action in which a prisoner is proceeding <u>in</u> <u>Forma Pauperis</u> or seeks redress against a governmenta[l] employee or entity. The Court Can for Imminent danger reasons permitt the Plaintiff to proceed under 28 U.S.C §§ 1915(e)(2)(B) and 1915A, grant permission under sec 1915(g), regardless of the "Three strikes" prov[ision] as the Plaintiff is under Imminent danger or Injury direct distinct and palpability. Immunity is Conside[red] Premature by Plaintiff Avala. is not a money damage so exc[?] "equitable relief "yes" "declaratory relief yes" → "qualified Immunity"

I. This Complaint is not authomatically frivolous. Neit[her] the claim is Objectively Cognitive <u>Deutsch</u>. end[?] a Pro se complaint <u>Haines</u>, and it may be amended permitted by the Court. <u>Denton</u>. and <u>Alston</u>. and defendants are executive or Acts under federal l[aw] See <u>Bivens</u>, and have byPolicy discriminated against t[he] plaintiff and have a duty to Protect the Plaintiffs Right "Usage" under 1983. and Articles 36 (Convention Vienn[a] Consider relationship and embassies), deprivation we[?]

Luke chap 11:29 (vs 31 - The queen of the South will rise up in the Judgment with the men of this generation and Condem them). Intepreted by Avala: for there is nothing Covered that will not be reviled, nor hidden in Miami