Gbeke Awala

SCCF

12 S Cemetery Rd

Woodstown, NJ 08098

06-12

Jan 2, 2006

FILED

JAN 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

.n. Clerk of Court

United States District Court

44 N. King Street Lockbox 18

ilmington, DE 19801-3570

Dear Clerk

Re: Awala vs 8 USC 1326. (New Compl

Complaint: Cv No _____

Re Supplemental Awala vs

Jordon 05-Cv-783.

Thank you for accepting the above Two

Seperate documents under the Functional equivalen

theory.

Submitted on _____ of January, 2006

Respectfully Submitted

Dated: 01/02/06.

Gbeke Awala.

-----------------------------------------------------

Mr. Gbeke Michael Awala #82074-054
Salem County Correctional Facility
125 Cemetary Road
Woodstown, NJ  08098