G. Bebe Awala
SCCF
125 Cemetery Road
Woodstown, NJ 08098

**RECEIVED JAN 9 2006 U.S.C.A. 3rd**

Jan 13, 2005.

Dear Clerk,

Re: Awala vs 8 U.S.C. Section 1326.

NOTICE OF INTERLOCUTORY Appeal, Case/civil no. 1:06-cv-12. (D. Del. 2006).

The above Captioned matter is pending before the District Court in Delaware. However, the Plaintiff wants to no how the Court would clear the issues of Discrimination as it is applied to Awala. See: U.S. v. Ruiz-Lopez, 234 F.3d (9th Cir. 2000)(In prosecution for being an alien "found" in the United States, evidence was Insufficient to Conclude beyond a reasonable doubt that Alien was "found" in the U.S. illegally). In my Case, I had a valid reentry Consent under Implicit or Constructive Authority of Border guard. See: U.S. vs. Martus, 138 F.3d 95 (2d Cir. 1998). And also U.S. vs Perkins, 177 F.Supp. 2d 570 (W.D. Tex 2001) (by general delegation); And I'm American by Birth See: U.S. vs. Awala No. 04901-KAJ (I Cant get my Case Dismissed) and claimed relief see: Miller vs. Albright. 118 S.Ct. 1428, 140 L.Ed. 2d 575 (US. 1998).

Therefore, prove to me the Sec. 1326 has no Discriminatory as result Infrings my equal protection Clause. Under the Policy Governing that statute.

Sincerely,
G. Bebe Awala

Dated 1/6/06

