**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-2570</u>

Awala

vs.

8 USC Section 1326, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 06-cv-00012)

**O R D E R**

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: July 11, 2006

cc:
    Mr. Gbeke Michael Awala
    Leonard P. Stark, Esq.